OPINION — AG — ** REAL ESTATE COMMISSION — BROKER — PARTNER ** THE OKLAHOMA REAL ESTATE COMMISSION MAY 'NOT' LICENSE AS A REAL ESTATE BROKER A LIMITED PARTNERSHIP IN WHICH EACH GENERAL PARTNER IS LICENSED AS A REAL ESTATE BROKER BUT IN WHICH NO LIMITED PARTNER IS LICENSED AS A REAL ESTATE BROKER. (LIMITED PARTNERSHIP, LICENSE, CORPORATIONS, FEE, COMPENSATION) CITE: 59 O.S. 858-102 [59-858-102], 59 O.S. 858-301 [59-858-301] 59 O.S. 858-305 [59-858-305], 59 O.S. 858-312 [59-858-312] (ROBERT W. COLE)